Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Laura Grandinetti, and James Grandinetti,<br><br>    Plaintiffs,<br><br>v.<br><br>Portfolio Recovery Associates, L.L.C.,<br><br>    Defendant. | No. CV17-0725-PHX-JWS<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Plaintiffs, by and through counsel, hereby give notice of dismissal of this case in its entirety against all parties with prejudice, with each party to bear its own attorney's fees and costs.

/ / /

/ / /

RESPECTFULLY SUBMITTED:  May 8, 2017  .

      s/ Floyd W. Bybee
Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiffs

Copy of the foregoing emailed  May 8, 2017  to:

Nathan A. Searles
Litigation Counsel
Office of General Counsel
PRA Group
130 Corporate Boulevard
Norfolk, VA 23502
Defendant

by  Floyd W. Bybee